IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DOMINIQUE ALEXANDER PIATTI, an individual; DOTFREE GROUP S.R.O., a Czech limited liability company, and ANDREY N. SABELNIKOV, an individual<br><br>Defendants. | Civil Action No: 1:11cv1017 (JCC/IDD) |

FILED SEP - 4 2012

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ANDREY N. SABELNIKOV

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Microsoft, by and through its counsel, voluntarily dismisses with prejudice its claims against Defendant Andrey N. Sabelnikov in the above-captioned action. Andrey N. Sabelnikov has not served an answer or motion for summary judgment in the action. Microsoft and Andrey N. Sabelnikov have reached a settlement of the action. As all defendants in this matter have been dismissed,[1] the action may be dismissed in its entirety.

So Ordered:
_____/s/_____
James C. Cacheris
United States District Judge

9/4/12

---

[1] Defendants Dominique Alexander Piatti and DotFree Group SRO were previously dismissed.

Dated: August 30, 2012

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Christopher M. O'Connell
_____

REBECCA L. MROZ
Va. State Bar No. 77114
CHRISTOPHER M. O'CONNELL
Va. State Bar No. 65790
Attorneys for Plaintiff Microsoft Corp.
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone:   (202) 339-8400
Facsimile:    (202) 339-8500
bmroz@orrick.com
coconnell@orrick.com

Of counsel:

GABRIEL M. RAMSEY (*pro hac vice*)
JACOB M. HEATH (*pro hac vice*)
Attorneys for Plaintiff Microsoft Corp.
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401
gramsey@orrick.com
jheath@orrick.com

Attorneys for Microsoft Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August 2012, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system. I further certify that the following parties and third parties will receive service by FedEx, electronic means and publication as indicated below:

<u>Via FedEx And Electronic (Defendant Andrey Sabelnikov c/o Counsel)</u>

| | |
|---|---|
| Igor Guschev | Игорь Гущев |
| Duvernoix Legal | Дювернуа Лигал |
| 140 Nevskiy Prospekt | Невский проспект, дом 140 |
| St. Petersburg 191036 | Санкт-Петербург 191036 |
| Russian Federation | Российская Федерация |

igor.guschev@duvernoix.ru
*Counsel for Defendant Andrey Sabelnikov*

<u>Via FedEx And Electronic Mail (Defendant Andrey Sabelnikov)</u>

| | |
|---|---|
| Andrey Sabelnikov | Сабельников Андрей Николаевич |
| 5 Voskov St., Apartment 15 | ул. Воскова, д.5, кв.15 |
| St. Petersburg 197198 | Санкт-Петербург 197198 |
| Russian Federation | Российская Федерация |

andrey@sabelnikov.net

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Christopher M. O'Connell
REBECCA L. MROZ
Va. State Bar No. 77114
CHRISTOPHER M. O'CONNELL
Va. State Bar No. 65790
Attorneys for Plaintiff Microsoft Corp.
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
bmroz@orrick.com
coconnell@orrick.com