**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>DOMINIQUE ALEXANDER PIATTI, an individual; DOTFREE GROUP S.R.O., a Czech limited liability company, and ANDREY N. SABELNIKOV, an individual, CONTROLLING A COMPUTER BOTNET THEREBY INJURING MICROSOFT AND ITS CUSTOMERS<br><br>        Defendants. | Civil Action No: 1:11cv1017 (JCC/IDD) |

**MOTION FOR RELEASE AND CANCELLATION OF BOND**

    WHEREAS on September 22, 2011, Plaintiff Microsoft Corporation ("Plaintiff") filed a Bond in the amount of ten thousand dollars ($10,000) in the above-captioned matter (the "Bond") [Docket No. 18] as a condition for a Temporary Restraining Order pursuant to this Court's Order of September 22, 2011 [Docket No. 14], and a Preliminary Injunction pursuant to this Court's Order of October 12, 2011 [Docket No. 26];

    WHEREAS on October 24, 2011, Plaintiff filed a Notice of Voluntary Dismissal of Defendants Dominique Alexander Piatti and dotFree Group s.r.o. [Docket No. 27], which was so ordered by this Court on October 26, 2011 [Docket No. 31];

    WHEREAS on August 30, 2012, Plaintiff filed a Notice of Voluntary Dismissal of remaining Defendant Andrey N. Sabelnikov [Docket No. 42], which was so ordered by this Court on September 4, 2012 [Docket No. 43]; and

WHEREAS because this case has been resolved and dismissed against all Defendants, Plaintiff respectfully requests the Court order the release and cancellation of the Bond.

Dated: September 12, 2012          Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

　　　/s/ Christopher M. O'Connell

REBECCA L. MROZ
Va. State Bar No. 77114
CHRISTOPHER M. O'CONNELL
Va. State Bar No. 65790
Attorneys for Plaintiff Microsoft Corp.
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone:    (202) 339-8400
Facsimile:    (202) 339-8500
bmroz@orrick.com
coconnell@orrick.com

*Of counsel:*
GABRIEL M. RAMSEY (admitted *pro hac vice*)
JACOB M. HEATH  (admitted *pro hac vice*)
Attorneys for Plaintiff Microsoft Corp.
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    (650) 614-7400
Facsimile:    (650) 614-7401
gramsey@orrick.com
jheath@orrick.com