## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DOMINIQUE ALEXANDER PIATTI, an individual; DOTFREE GROUP S.R.O., a Czech limited liability company, and ANDREY N. SABELNIKOV, an individual, CONTROLLING A COMPUTER BOTNET THEREBY INJURING MICROSOFT AND ITS CUSTOMERS<br><br>Defendants. | Civil Action No: 1:11cv1017 (JCC/IDD) |

## [PROPOSED] ORDER FOR RELEASE AND CANCELLATION OF BOND

THIS MATTER comes before the Court on Plaintiff Microsoft Corporation's Motion for Release and Cancellation of Bond.

The Court has considered Plaintiff's Motion and the other pleadings and papers filed in this action. Based on the foregoing, the Court orders the release and cancellation of Plaintiff's Bond in the amount of ten thousand dollars ($10,000).

**IT IS SO ORDERED.**

Entered this ___ day of _____, 2012.

_____
Hon. James C. Cacheris
United States District Judge